IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP GUYETT, | ) | No. C 13-2939 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 26, 2013, plaintiff, a federal prisoner proceeding *pro se*, filed a letter which commenced this action. The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file. The clerk is also directed to send a copy of plaintiff's original letter

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Guyett939disifpcomp.wpd

1  (doc. no. 1), and a copy of this order to the United States Attorney's Office at 450 Golden Gate
2  Avenue, 11th Floor, San Francisco, CA 94102.
3      IT IS SO ORDERED.
4  DATED:  8/7/13

_____
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Guyett939disifpcomp.wpd      2